| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA SBN #304781 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | BROCK HUNTER LANE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00031-SAB |
| Plaintiff, | STIPULATION TO EXTEND PROBATION AND MODIFY A CONDITION OF PROBATION PURSUANT TO 18 U.S.C. §§ 3563(C) AND 3564(D); ORDER |
| vs. | |
| BROCK HUNTER LANE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for the plaintiff, and Assistant Federal Defender Erin Snider, counsel for Brock Hunter Lane, that the Court may extend Mr. Lane's term of probation to expire on May 31, 2023; modify condition 5 to give Mr. Lane until May 4, 2023, to complete the First Time DUI Offender Program; and modify condition 6 to continue the review hearing to May 18, 2023, and extend the deadline for filing a status report to May 4, 2023.

On October 20, 2022, this Court sentenced Mr. Lane on a probation violation. The Court extended Mr. Lane's term of probation an additional five months, to expire on March 20, 2023. Pursuant to condition 5 of Mr. Lane's probation, he must "complete the First Time DUI Offender Program through the California Department of Motor Vehicles by 2/10/2023." ECF #22 at 2. Pursuant to condition 6, Mr. Lane "is ordered to personally appear for Probation Review Hearing

on 12/16/2023 at 10:00 a.m." and submit a status report by February 13, 2023.

Mr. Lane has enrolled in a First Time DUI Offender Program and begun one-on-one meetings, education courses, and the required AA meetings. However, the program has advised Mr. Lane that the group classes are full and he will not be able to begin those classes until February 23, 2023, with the final class occurring on April 20, 2023.

Given the unanticipated delay in completing the First Time DUI Offender Program, the parties hereby request that the Court extend the deadline by which Mr. Lane must complete the program to May 4, 2023. This will enable Mr. Lane to complete the group classes and obtain a certificate of completion to be submitted along with his status report. The parties further request that the Court extend the term of probation to May 31, 2023, with a review hearing on May 18, 2023, and a status report due two weeks prior to the review hearing. Mr. Lane waives his right to a hearing on the extension of probation and modification of the terms of probation.

Mr. Lane is in compliance with all other conditions of probation. He paid the $100 fine on November 9, 2022.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  December 14, 2022   */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: December 14, 2022   */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
BROCK HUNTER LANE

**O R D E R**

**IT IS SO ORDERED.** Pursuant to 18 U.S.C. §§ 3563(c) and 3564(d), the Court hereby extends probation to May 31, 2023, and modifies conditions 5 and 6 as follows:

5. The defendant shall complete the First Time DUI Offender Program through the California Department of Motor Vehicles by 5/4/2023. Proof to be provided upon completion and with the status report.

6. The defendant is ordered to personally appear for a Probation Review Hearing on 5/18/2023 at 10:00 a.m. before U.S. Magistrate Judge Stanley A. Boone. A status report regarding the defendant's performance on probation shall be filed by the defendant, along with proof of completion of the First Time DUI Offender Program, no later than May 4, 2023.

All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **December 15, 2022**

UNITED STATES MAGISTRATE JUDGE