IN THE UNITED STATES DISTRICT COURT
For The
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:21-mj-00031-SAB-1 |
| ) | |
| Plaintiff, ) | **DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| BROCK HUNTER LANE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR § 4.23(a)(2)

**Sentence Date:** October 24, 2022

**Review Hearing Date:** May 18, 2023

**Probation Expires On:** May 31, 2023

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $100 which Total Amount is made up of a Fine: $ 100 Special Assessment: $     Processing Fee: $ Choose an item. Restitution: $

☐ Payment schedule of $     per month by the     of each month.

☐ **Community Service hours Imposed of:**

☒ **Other Conditions:** Complete First Time DUI Offender Program through the California Department of Motor Vehicles by May 4, 2023.

### *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Kings County, 1/1/2023: Cal. PC 273.5(A), 236. Case ongoing.

☒ To date, Defendant has paid a total of $ 100
  ☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                        Amount:

☐ To date, Defendant has performed Click here to enter text. hours of community service.

☐ Compliance with Other Conditions of Probation: Defendant has eight class hours remaining in his First Time DUI Offender Program.

CAED (Fresno)- Misd. 6 (Rev. 11/2014)

## GOVERNMENT POSITION:

☐  The Government agrees to the above-described compliance.

☒  The Government disagrees with the following area(s) of compliance:  The United States disagrees as to the remaining hours for the DUI course as it has not been provided any proof.  At this point, the United States only agrees that the DUI program has not been completed.

    Government Attorney:  Chan Hee Chu

## DEFENDANT'S REQUEST (OPTIONAL):

    In light of the information detailed in this status report, the defendant moves for the following:

☐  that the review hearing set for 5/18/2023 at 10 am

    ☐  be continued to Click here to enter a date. at 10:00 a.m.; or

    ☐  be vacated.

☒  that Defendant's in-person appearance for the review hearing be waived and that he be allowed to appear via Zoom.  Defendant lives in Tulare County, does not currently own a vehicle, and is caring for his two-week old newborn.

DATED: 5/4/2023

    /s/ Laura Myers
    DEFENDANT'S COUNSEL

    /s/ Chan Hee Chu
    SPECIAL ASSISTANT UNITED STATES ATTORNEY

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED.  The Court orders that the Defendant appear by video for the May 18, 2023, review hearing.

☐  DENIED.

IT IS SO ORDERED.

Dated:  **May 9, 2023**

    UNITED STATES MAGISTRATE JUDGE