HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BROCK HUNTER LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:21-mj-00031-SAB |
|---|---|
| Plaintiff, | MOTION FOR ORDER AUTHORIZING VIDEO APPEARANCE; ORDER |
| vs. | Date: June 15, 2023 |
| BROCK HUNTER LANE, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Stanley A. Boone |

Defendant Brock Hunter Lane hereby moves this Court for an order authorizing him to appear via video at the June 15, 2023, initial appearance regarding a violation of probation.

On May 18, 2023, this Court referred Mr. Lane's matter to probation for a review of his compliance and set the matter for review on June 15, 2023. On May 25, probation filed a 12C petition charging that Mr. Lane: (1) failed to complete the First Time DUI Offender Program and (2) was charged by complaint in Kings County for Inflicting Corporal Injury on Spouse/Cohabitant, Threats to Commit Crime Resulting in Death, and False Imprisonment.

The defense now moves this Court for an order authorizing Mr. Lane to appear via video at the June 15, 2023, hearing. Mr. Lane does not own a vehicle and does not otherwise have the ability to travel to Fresno. In addition, he is caring for his two-month-old infant.

In light of the foregoing, the defense respectfully requests that the Court authorize Mr. Lane to appear via video at the June 15, 2023, hearing.

|   |   |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 12, 2023 | */s/ Laura Myers*<br>LAURA MYERS<br>Assistant Federal Defender<br>Attorney for Defendant<br>BROCK HUNTER LANE |

## **O R D E R**

**IT IS SO ORDERED.** Defendant Brock Hunter Lane is authorized to appear via video at the June 15, 2023, hearing.

IT IS SO ORDERED.

Dated: __**June 12, 2023**__           _____
                                                               UNITED STATES MAGISTRATE JUDGE