1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   BROCK HUNTER LANE
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No. 1:21-mj-00031-SAB

12              Plaintiff,                MOTION FOR ORDER AUTHORIZING
                                          VIDEO APPEARANCE; ORDER
13  vs.
                                          Date:  August 17, 2023
14  BROCK HUNTER LANE,                    Time:  10:00 a.m.
                                          Judge: Hon. Stanley A. Boone
15              Defendant.

16

17     Defendant Brock Hunter Lane hereby moves this Court for an order authorizing him to

18  appear via video at the August 17, 2023, status conference regarding a violation of probation.

19     On May 25, probation filed a 12C petition charging that Mr. Lane: (1) failed to complete

20  the First Time DUI Offender Program and (2) was charged by complaint in Kings County for

21  Inflicting Corporal Injury on Spouse/Cohabitant, Threats to Commit Crime Resulting in Death,

22  and False Imprisonment.  Mr. Lane made his initial appearance by video on June 15, 2023, and a

23  status conference was set for August 17, 2023.

24     The defense now moves this Court for an order authorizing Mr. Lane to appear via video

25  at the August 17, 2023, hearing. Mr. Lane does not own a vehicle and does not otherwise have

26  the ability to travel to Fresno.  In addition, he is caring for his four-month-old infant.

27     //

28     //

In light of the foregoing, the defense respectfully requests that the Court authorize Mr. Lane to appear via video at the August 17, 2023, hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 14, 2023           */s/ Laura Myers*
                                LAURA MYERS
                                Assistant Federal Defender
                                Attorney for Defendant
                                BROCK HUNTER LANE

**O R D E R**

**IT IS SO ORDERED.** Defendant Brock Hunter Lane is authorized to appear via video at the August 17, 2023, hearing.

IT IS SO ORDERED.

Dated:   **August 14, 2023**                    _____
                                                UNITED STATES MAGISTRATE JUDGE