1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  LAURA MYERS, IL Bar #6338417
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   BROCK HUNTER LANE
7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          Case No. 1:21-mj-00031-SAB

12 |         Plaintiff,                 MOTION FOR PROGRAM REINSTATEMENT
                                        ORDER; ORDER
13 | vs.

14 | BROCK HUNTER LANE,

15 |         Defendant.

16

17       Brock Hunter Lane, through counsel, respectfully requests that the Court issue an order

18 reinstating Mr. Lane to a DUI program to complete his exit interview.

19       On October 20, 2022, this Court sentenced Mr. Lane on a probation violation.  The Court

20 extended Mr. Lane's term of probation and ordered him to "complete the First Time DUI

21 Offender Program through the California Department of Motor Vehicles by 2/10/2023."  ECF

22 No. 22 at 2.  Pursuant to a stipulation, this Court later extended Mr. Lane's deadline to complete

23 the DUI Program to May 4, 2023, and extended his probation to May 31, 2023.  ECF No. 24.

24       On May 4, 2023, Mr. Lane submitted a probation status report indicating that he had

25 eight class hours left in his DUI program.  ECF No. 28.  This Court referred the matter to

26 probation, which later filed a 12C Violation Petition charging, as relevant here, the failure to

27 complete the DUI program by May 4, 2023.  Mr. Lane made his initial appearance on the

28 petition on June 15, 2023.  ECF No. 37.  The matter remains pending.

Although he missed the Court's deadline, Mr. Lane continued to attend classes at his DUI program, Alternative Services in Visalia, and has completed his class hours. However, he missed his scheduled 15-minute exit interview while hospitalized, and he was terminated from the program. Under the regulations governing DUI programs in California, reinstatement to a DUI program requires a court order if the participant's attendance is a condition of probation. *See* Cal Code Regs. tit. 9, § 9886(d).

Based on this requirement, Mr. Lane requests that the Court issue an order reinstating him to the DUI program at Alternative Services in Visalia. Upon attaining the reinstatement order, Mr. Lane will be able to complete his 15-minute exit interview and thereby complete the DUI program. This is a purely administrative order that Mr. Lane acknowledges does not affect the ongoing revocation proceedings or the Court's previously imposed May 4, 2023 deadline.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 16, 2023                 */s/ Laura Myers*
                                       LAURA MYERS
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       BROCK HUNTER LANE

**O R D E R**

Mr. Lane may be reinstated to the DUI program at Alternative Services in Visalia.

IT IS SO ORDERED.

Dated:  **August 17, 2023**

UNITED STATES MAGISTRATE JUDGE