1 | HEATHER E. WILLIAMS, #122664
  | Federal Defender
2 | LAURA MYERS, IL Bar #6338417
  | Assistant Federal Defender
3 | Designated Counsel for Service
  | 2300 Tulare Street, Suite 330
4 | Fresno, CA  93721-2226
  | Telephone: 559-487-5561/Fax: 559-487-5950
5 |
  | Attorneys for Defendant
6 | BROCK HUNTER LANE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:21-mj-00031-SAB |
|---|---|
| Plaintiff, | |
| vs. | DEFENDANT'S UNOPPOSED MOTION TO EXTEND SURRENDER DATE; EXHIBIT A; ORDER |
| BROCK HUNTER LANE | |
| Defendant. | |

Defendant Brock Hunter Lane, by his attorney of record, Assistant Federal Defender, Laura Myers, hereby moves the Court for a two-week continuance of his surrender date, currently set for November 8, 2023.  Mr. Lane respectfully submits that this continuance is in the best interests of justice for the following reasons.

First, Mr. Lane had arranged for his grandmother to drive him from his home in Farmersville to Fresno for his surrender.  However, his grandmother now has a medical procedure on November 8 and will not be able to drive him to Fresno on that date.  (*See* Exhibit A: Declaration of Brock Hunter Lane).  A brief continuance would allow her to drive him rather than requiring him to arrange for public transportation.

In addition, Mr. Lane's final day of house arrest is November 4, 2023.  A continuance will provide him time to take care of outside-the-home matters for himself and his family before

1  surrendering.  For example, the first available appointment at the DMV for him to get his
2  driver's license is on November 8. (*See* Exhibit A).
3      At sentencing, this Court set the surrender date to ensure that Mr. Lane could appear at
4  scheduled court dates in Tulare County Case No. VCM437239.  However, Mr. Lane has spoken
5  with his attorney in that case, who assured him that she can delay those dates as needed without
6  his presence.  (*See* Exhibit A).
7      Counsel for Mr. Lane has discussed this matter with AUSA Chan Hee Chu and is
8  informed that the government does not oppose this brief continuance of Mr. Lane's surrender
9  date.

DATED: October 31, 2023

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

By:  /s/ *Laura Myers*
LAURA MYERS
Assistant Federal Defender
Attorneys for Defendant
BROCK HUNTER LANE

**O R D E R**

The request is DENIED.

IT IS SO ORDERED.

Dated:  **October 31, 2023**

UNITED STATES MAGISTRATE JUDGE

Lane: Unopposed Motion to Extend Surrender Date

-2-